# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FID: 1178013

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBERT JOHN NEWMAN JR. | ) | Case No. |
| | ) | Mag. No. 25-191 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  01/02/2025 - 01/04/2025  in the county of  Winston  in the
Northern District of  Alabama , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | Production of child pornography |
| 18 U.S.C. Sections 2423(b) and (e) | Attempted travel with intent to engage in sexually explicit conduct |

This criminal complaint is based on these facts:
Please see attached affidavit.

☒ Continued on the attached sheet.

A TRUE COPY
GREER M. LYNCH, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY _____ DEPUTY CLERK

ANNA SPEED  Digitally signed by ANNA SPEED
Date: 2025.03.17 14:14:30 -05'00'

*Complainant's signature*

Anna Speed, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/17/2025

*Judge's signature*

City and state:  Birmingham, Alabama    John H. England, III, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anna Speed, being duly sworn, hereby depose and say:

## Introduction and Agent Background

1. I, Special Agent (SA) Anna Speed, am currently employed with the Federal Bureau of Investigation (FBI) and am assigned as a Special Agent to the Violent Crime Squad. I have investigated state and federal criminal violations related to child pornography and the sexual exploitation of children. Specifically, I have assisted with investigations concerning the production, possession, and distribution of child pornography. I have conducted database checks on subjects to establish probable cause, conducted surveillance, planned arrests, and assisted on operations. I am currently assigned to the FBI Child Exploitation Task Force in Birmingham, Alabama. Through my experiences with the ICAC Task Force and the FBI, I am familiar with the specialized terminology, procedures, and processes referenced in this affidavit.

2. My duties include the detection and investigation of alleged crimes, including, but not limited to, investigating crimes against children and adults, exploitation of children, and child pornography. I have received training in investigative techniques involving computer-facilitated exploitation of children. I have conducted numerous investigations of these types of crimes and have assisted

1

other law enforcement agents with investigations of this nature.

3. I make this affidavit in support of an application under Rules 3 and 4 of the Federal Rules of Criminal Procedure for a warrant authorizing the arrest of Robert John Newman. As a Federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the Federal Rules of Criminal Procedure.

4. The factual information supplied in this application and affidavit is based upon my investigation and personal knowledge, information provided to me by other law enforcement officials and witnesses, and information from records checks conducted by law enforcement officials, support employees, and myself. I have not included each and every fact known to me concerning this investigation; however, I have not excluded any facts or circumstances that would tend to defeat the establishment of probable cause. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Robert John Newman has violated 18 U.S.C. §§ 2251(a) (production of child pornography) and 2423(b) (travel with intent to engage in illicit sexual conduct), and that, accordingly, a Criminal Complaint should be issued for Robert John Newman.

5. I submit this affidavit in support of a criminal complaint charging Robert John Newman with violating 18 U.S.C. §§ 2251(a) (production of child

2

pornography) and 2423(b) (travel with intent to engage in illicit sexual conduct).

## Statutory Authority

6. 18. U.S.C. § 2251(a) makes it a federal crime for any person to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct, if the person knows or has reason to know that the visual depiction will be transported in interstate or foreign commerce or mailed, or the visual depiction has been transported in interstate or foreign commerce or mailed.

7. 18 U.S.C. § 2423(b) makes it a federal crime for any person to travel in interstate commerce for the purpose of engaging in illicit sexual conduct. For the purposes of this offense, the term "illicit sexual conduct" means a sexual act with a person who is under 16 years of age and is at least four years younger than the defendant.

## INTRODUCTION

8. On January 24, 2025, FBI Birmingham received a request for assistance from Investigator Jason Bridges with the Winston County, Alabama, Sheriff's Office (WCSO). Investigator Bridges relayed that on January 4, 2025, Robert John Newman (hereafter referred to as Newman) traveled from Glenshaw, Pennsylvania to a residence in Arley, Alabama, to engage in an unlawful sex act with a 14-year-old female (hereafter referred to as the minor victim). Arley, Alabama, is in the

3

Northern District of Alabama.

## PROBABLE CAUSE

9. On or about January 4, 2025, the WCSO received a call for assistance from the minor victim's mother. The mother informed officers that she left her residence located in Arley, Alabama, to go to the store with her boyfriend, and her daughter (the minor victim) remained at the residence. Approximately five minutes after leaving the residence, the mother checked her interior cameras and observed an adult male in the minor victim's bedroom. She drove back to the residence and found the male laying on the minor victim's bed.

10. The mother further reported that she pulled the unknown male off the bed, pinned him against the wall, and demanded his driver's license, which he provided. The driver's license identified the individual as Robert John Newman, date of birth XX/XX/1996, with an address in Glenshaw, Pennsylvania.

11. The mother said that Newman then fled the residence, leaving his license, ran outside, and crossed the street. She said she saw Newman enter what appeared to be a blue Nissan Altima and drive away.

12. Following the incident, the mother gave permission for the responding officer to search the minor victim's device. An initial review of the device by the officer revealed messages between the minor victim and an individual labeled "Daddy" with telephone number XXX-XXX-3103. In the messages, "Daddy"

4

requested "boob and pussy pics" of the minor victim.

13. According to Investigator Bridges, the minor victim confirmed that the number for "Daddy" was Newman's number. Newman also sent messages threatening to "leak" the pictures he possessed of the minor victim if she did not do what he said.

14. In addition to the mother providing her consent to seize and search the minor victim's device, Investigator Bridges obtained a state search warrant for the device. The mother also provided the passcode.

15. Based on the results from a forensic examination of the minor victim's device conducted by WCSO, Investigator Jason Bridges obtained warrants for the arrest of Robert John Newman, on January 22, 2025. Newman was charged with electronic solicitation, traveling to meet a minor for an unlawful sex act, production of child pornography, dissemination of child pornography, and possession of child pornography.

16. Based on the address on Newman's driver's license, Investigator Bridges contacted Shaler Township Police Department (PD) in the Western District of Pennsylvania that same day to determine if Newman was in their jurisdiction. Sean Frank, Chief of Shaler Township PD, confirmed Newman was in their jurisdiction. Investigator Bridges then provided the warrants and information

5

concerning Newman to Shaler Township PD.

17. Approximately two hours later, Shaler Township PD confirmed Newman had been arrested pursuant to the Alabama warrants and was in custody. At the time of arrest, Newman had his grey iPhone on his person which was seized and secured by officers with Shaler Township PD.

18. On January 28, 2025, Investigator Bridges provided the minor victim's phone and data extraction information to me. On January 29, 2025, I observed the following relevant excerpts from conversations between Newman and the minor victim:

**January 2, 2025**

**3:18 AM**
NEWMAN: "Why is your fucking camara off"

**3:32 AM**
NEWMAN: "GIVE ME THE LOGIN TO JINX OR WE ARE DONE"

**5:02 AM**
Minor Victim: "I feel asleep wtf"

---------------------------------------------

**7:20 AM**
NEWMAN: "Send me the PASSWORD"

**7:59 AM**
Minor Victim: "Wtf I'm just trying to sleep stop"

---------------------------------------------

6

**9:15-9:16 AM**
NEWMAN: "K IM LEAKING YOUR NUDES TOO I JUST FOUND SO MANY PEOPLE FROM YOUR SCHOOL ON FB"
Minor Victim: "Fuck you in block u myself if u do that"

**1:32-1:45 PM**
NEWMAN: "Oki show me again"
Minor Victim: "Pussy or boobs"
NEWMAN: "Both"
Minor Victim: "So boobs first or pussy first"
NEWMAN: "Can't you do both at once"

---------------------------------------------

Minor Victim: "Can't I do pussy first then boobs idk how to do both"
NEWMAN: "Can you practice for me or no…"
Minor Victim: "Idk idk how to do both it seems hard can't we do smt when we FaceTime when you get off work"
Minor Victim: "Please don't get made at me again tho"

**2:26 – 2:28 PM**
NEWMAN: "…You're not obeying"
Minor Victim: "Idk how to take pictures of both…Geez"
NEWMAN: "Use a bathroom mirror"
Minor Victim: "I don't have a bathroom mirror it broke"
NEWMAN: "…Set your phone on the dresser…N use a timer"

---------------------------------------------

**4:23 PM**
NEWMAN: "Send two pictures boobs and pussy."
NEWMAN: "Last message I'm sending till I get it."

---------------------------------------------

NEWMAN: "PUSSY THAN BOOBS"
NEWMAN: "2 PICTURES"
NEWMAN: "Last chance"
NEWMAN: "Ok my fingers over the block button"
NEWMAN: "5"
NEWMAN: "4"
Minor Victim: "Ok omfg 2 pussy picks and two boobs"

7

**4:24 PM**
Minor Victim: "I'm sending calm down"
NEWMAN: "SEND SOMETHING"
Minor Victim: "If take long"
NEWMAN: "OR YOURE DONE!!!!!!!!!!!!!!"
---------------------------------------------

**4:26-4:28 PM**
Minor Victim: [Sent image of bare chest]
NEWMAN: "Un fucking believable !!!"
NEWMAN: "FACE TOO"
Minor Victim: [Sent image of bare chest with face]
Minor Victim: [Sent image of fingers touching vagina]

**10:06 PM**
NEWMAN: [Sent image that appears to be a screenshot taken by NEWMAN of a Facetime call with the Minor Victim.]
    Photo Name: IMG_1571.PNG
    Date/Time Sent: 01/02/2025, 10:06PM
    Photo Description: Victim appears to be reclining in bed nude, her legs spread apart to reveal both her vagina and her breasts. The subject's face is visible in the right-hand corner.
---------------------------------------

**January 3, 2025**

**10:53 AM**
Minor Victim: "I love you too [heart emoji] so your renting a car today"

**11:09 AM**
NEWMAN: "I am"
NEWMAN: "Why what's going on am o gonna be able to come…"
Minor Victim: "Yes your are going to be able to"
NEWMAN: "I'm scared"
NEWMAN: "I have it loaded up it's 245 bucks till Monday"

-------------------------------------------------------
**4:08-4:21 PM**
NEWMAN: "I'm getting the car…In about 10 minutes"
---------------------------------------------

8

> NEWMAN: "I might not be there till the morning like 11 I don't want you waiting"
> Minor Victim: "Ok just get love8 back and then tell me when you left and when you get into Cullman get a motel cuz ppl be awake"
> NEWMAN: "Ok"
> 
> ---
> 
> **6:08 PM**
> NEWMAN: "Will you show me while I'm on the way"
> Minor Victim: "Ya on facetime just me lifting my shirt up right"
> NEWMAN: "Or more"
> NEWMAN: "When I get moving later"

19. An analysis of the messages and phone calls between the minor victim and Newman indicate they were in communication from December 30, 2024, to January 4, 2025, when Newman was discovered in the minor victim's bedroom.

20. A child/adolescent forensic interview (CAFI) of the minor victim was conducted on February 3, 2025. The minor victim revealed she met Newman on Instagram, and that Newman added her under the Instagram name "Olivia". She accepted the friend request and messaged "Olivia". The two exchanged several messages in which the minor victim told Newman she was 14 and Newman revealed that he ("Olivia") was, in fact, a male and was 28 years old. Newman told the minor victim that he took over his ex-girlfriend's Instagram account. He told the minor victim his ex-girlfriend's name was Olivia and she was 13 years old.

21. Based on my training and experience, this behavior by Newman is indicative of tradecraft used by perpetrators of violent crimes against children. In the text message exchanges between the minor victim and Newman, I observed

9

Newman repeatedly demand the password to the minor victim's Instagram and utilizing multiple coercive techniques, including threatening to disclose her nude photographs to her friends.

22. On February 4, 2025, a federal search warrant from the U.S. District Court for the Western District of Pennsylvania signed by U.S. Magistrate Judge Patricia L. Dodge was obtained for Newman's iPhone that was seized by Shaler Township PD at the time of Newman's arrest.

23. A review of Newman's iPhone content revealed communications between Newman and the minor victim. Child pornography of the minor victim was also located on Newman's iPhone.

24. Internal database checks conducted by FBI personnel identified the service provider for Newman's cell phone number to be Verizon. On February 7, 2025, a federal search warrant from the U.S. District Court for the Northern District of Alabama signed by U.S. Magistrate Judge Herman N. Johnson, Jr., was obtained on Verizon Wireless for information associated with Newman's cell phone number.

25. Verizon Wireless provided geolocation data in response to the federal search warrant. The FBI Cellular Analysis Survey Team (CAST) conducted a historical mobile device location analysis which revealed that Newman's phone traveled from the area of Newman's residence in Glenshaw, Pennsylvania, on January 3, 2025, to the area of the minor victim's residence in Arley, Alabama

10

arriving on January 4, 2025, around 11:15 am. The device location analysis also revealed that Newman's phone traveled back to the area of Newman's residence in Glenshaw, Pennsylvania, from January 4, 2025, to January 5, 2025.

## CONCLUSION

26. Based on the foregoing, I have probable cause to believe that Robert John Newman has committed the offense of production of child pornography and travel with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. §§ 2251(a) and 2423(b), as charged in the accompanying criminal complaint.

ANNA SPEE Digitally signed by ANNA SPEE
Date: 2025.03.17 14:15:20 -05'

Anna Speed,
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and subscribed electronically before me, this 17th day of March 2025.

John H. England, III
United States Magistrate Judge

11